UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                                No. 2:26-cr-1

vs.

MICHAEL PAUL FLETCHER, JR.,        Hon. MAARTEN VERMAAT
                                                  U.S. Magistrate Judge

        Defendant.

_____/

## **GOVERNMENT'S MOTION FOR DETENTION**

The United States moves for pretrial detention of Defendant. Defendant is charged with attempted possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846, 851. This offense is an "offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act." 18 U.S.C. §§ 3142(f)(1)(C). Therefore, the court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(1). There is also a rebuttable presumption of detention for this offense. 18 U.S.C. § 3142(e)(3)(A). Under § 3142(f), the United States moves for a continuance of 3 days to prepare for the hearing.

                                                        Respectfully submitted,

                                                        TIMOTHY VERHEY
                                                        United States Attorney

Dated: February 18, 2026                */s/ Theodore J. Greeley*
                                                        THEODORE J. GREELEY
                                                        Assistant United States Attorney